4/13/2016   11:23 AM                                                                                       Page 1 of 1

# Value Code Report

| Value Code | Dates of Service | Provider Of Service | Total Amount |
|---|---|---|---:|
| COSTS | | Brandt, CPA, Mr. William G. | 0.00 |
| COSTS | 9/10/2014 - 9/10/2014<br>Proposed Order - Leave to Amend | King County-EFiling | 22.49 |
| COSTS | 9/10/2014 - 9/10/2014<br>Proposed Order - Motion to Continue Trial | King County-EFiling | 22.40 |
| COSTS | 10/8/2014 - 10/8/2014<br>Ck 1131 | Steilberg, Ms. Rachel | 1,000.00 |
| COSTS | 4/15/2015 - 4/15/2015 | McKenzie, M.D., Dr. Mark E. | 2,000.00 |
| COSTS | 6/17/2015 - 6/17/2015<br>#74264 | Moburg Seaton & Watkins Court Reporters | 496.35 |
| COSTS | 6/17/2015 - 6/17/2015<br>#74265 | Moburg Seaton & Watkins Court Reporters | 175.00 |
| | | **SUBTOTAL FOR COSTS** | **$ 3,716.24** |
| **Totals for all value codes** | | | **$ 3,716.24** |

### Report Criteria:

Value codes = COSTS
Value notes are not included
Sorted by: party, value code, start date, provider name



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# STATEMENT

| Account No. | Date |
|---|---|
| C5662 | 5/6/2015 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $589.60 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$589.60** |

Theresa Pruett
Reed Pruett Walters PLLC
10900 Northeast 4th Street
Suite 2300
Bellevue, WA 98004

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 2/25/2015 | 29326 | 589.60 | 2/21/2013 | William Kriegsman, M.D. | Finn v. Multicare Health System |

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Theresa Pruett
Reed Pruett Walters PLLC
10900 Northeast 4th Street
Suite 2300
Bellevue, WA 98004

Account No. : C5662
Date : 5/6/2015

**Total Due** : **$589.60**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____